Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jack Downer

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK DOWNER, | Case No.: CV 16-1684 AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the deadline in which plaintiff must file his motion for summary judgment and/or remand for a period of 30 days from December 27, 2016, to and including

-1-

January 26, 2017, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. 5, are extended accordingly.

This is plaintiff's first request for an extension of time in this matter. Counsel for plaintiff has lost communication with plaintiff. Consequently, counsel for plaintiff has stood directionless regarding significant substantive matters in this case. On behalf of plaintiff, the parties respectfully request the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: December 27, 2016        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff JACK DOWNER


Date:  December 27, 2016        PHILLIP A. TALBERT
       Acting                   United States Attorney


BY:  /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant CAROLYN W. COLVIN
Acting Commissioner of Social Security
(Per email authorization)


**ORDER**

Approved and so ordered:

DATE: January 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE