Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jack Downer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DOWNER, | Case No.:  CV 16-1684 AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jack Downer ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

-1-

own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: January 17, 2017            Respectfully submitted,

                                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                              /s/ *Young Cho*
                      BY:_____
                                    Young Cho
                                    Attorney for plaintiff Jack Downer

DATE: January 17, 2017            PHILIP A. TALBERT
                                    Acting United States Attorney

                                     /s/ *Donna W. Anderson*
                                    _____
                                    DONNA W. ANDERSON
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant Carolyn W. Colvin,
                                    Acting Commissioner of Social Security
                                    (Per e-mail authorization)

**ORDER**

Approved and so ordered.  The clerk is directed to close this case.

DATE: January 24, 2017

                                    _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE